UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. HAMM,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN MEVITTE,<br><br>    Defendant. | Case No. 18-02942 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On May 18, 2018, Plaintiff, proceeding *pro se*, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that the action was deficient because he did not pay the filing fee or file an *In Forma Pauperis* Application. (Docket No. 2.) Plaintiff was advised that he must correct the deficiency by filing an IFP application and supporting documents within twenty-eight (28) days to avoid dismissal. (*Id.*) On June 14, 2018, Plaintiff filed an IFP application which is deficient because he failed to include a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 5.)

In the interest of justice, the Court shall grant Plaintiff an extension of time to file the necessary supporting document to complete his IFP application. Plaintiff shall file a copy of his prisoner trust account statement showing transactions for the last six months at

**within twenty-eight (28) days** from the filing date of this order.

**Failure to respond in accordance with this order in the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: June 21, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time to File Complete IFP App.
P:\PRO-SE\BLF\CR.18\02942Hamm_eot-ifp.docx

2