UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN MARK HAMM,
    Plaintiff,

v.

KEVIN MEVITTE,
    Defendant.

Case No. 18-02942 BLF (PR)

**ORDER OF DISMISSAL**

On May 18, 2018, Plaintiff, proceeding *pro se*, filed civil rights complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") Application within twenty-eight days of the notice to avoid dismissal of the action. (Docket No. 2.) On June 14, 2018, Plaintiff filed a second IFP Application which was also deficient. (Docket No. 5.) The Court granted Plaintiff an extension of time in which to file a complete IFP Application. (Docket No. 6.) On July 16, 2018, Plaintiff filed a notice of change of address. (Docket No. 9.) Thereafter on July 20, 2018, the Court's order granting Plaintiff an extension of time to file a complete IFP Application was mailed to Plaintiff at his new address.

To date, Plaintiff has not filed the documents necessary to complete his IFP

Application, nor has Plaintiff had any further communication with the Court. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 9/11/2018

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.18\02942Hamm_dism-ifp.docx