UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARK HAMM, | Case No. 18-02942 BLF (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KEVIN MEVITTE, | |
| Defendant. | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __9/11/2018__

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\02942Hamm_judgment.docx